**FILED**

**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PATRICIA CORCORAN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | )    **No.** |
| v. | ) |
| | ) |
| CANADA LIFE ASSURANCE | ) |
| COMPANY, LONG-TERM | ) |
| DISABILITY PLAN; JEFFERSON | ) |
| PILOT FINANCIAL INSURANCE | ) |
| COMPANY, in its capacity as | ) |
| Administrator of the Plan, | ) |
| | ) |
| **Defendants.** | ) |

**07 C 7027**

**JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS**

## NOTICE OF REMOVAL OF CIVIL ACTION

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:**

Defendants/removing parties, CANADA LIFE ASSURANCE COMPANY ("Canada Life" or "defendant/removing party")(incorrectly designated in the caption CANADA LIFE ASSURANCE COMPANY, LONG-TERM DISABILITY PLAN) and JEFFERSON PILOT FINANCIAL INSURANCE COMPANY ("Jefferson Pilot" or "defendant/removing party"), by their attorneys, Michael J. Smith and Warren von Schleicher, hereby provide notice of removal pursuant to 28 U.S.C. §1441, *et. seq.*, and respectfully present this Court the following grounds for removal:

1.      Defendants/removing parties are the defendants in an action captioned *Patricia Corcoran v. Canada Life Assurance Company, Long-Term Disability Plan and Jefferson Pilot Financial Insurance Company, In its capacity as Administrator of the Plan*, No. 07 L 12902 pending in the Circuit Court of Cook County, Illinois, County Department, Law Division.

2.    The aforementioned entitled action was commenced against the defendants/removing parties in the Circuit Court of Cook County, Illinois, County Department, Law Division on November 14, 2007 and is still pending therein.

3.    On November 14, 2007, the Summons and Complaint in the aforesaid entitled action were served on the removing parties via the Illinois Department of Financial and Professional Regulation, Division of Insurance, at 100 W. Randolph Street, Chicago, Illinois and such Summons and Complaint were forwarded to and received by the removing party on November 19, 2007.   A copy of the Summons and Complaint, with Exhibit A attached thereto, that were, in fact, served on defendants/removing parties in the above entitled action are attached hereto as Exhibits A and B, respectively; this constitutes all of the process, pleadings and orders served on defendants/removing parties.

4.    Pursuant to 215 ILCS 5/112(2), service of process is not complete until a copy thereof has been mailed and received by the removing party.  The Summons and Complaint, therefore, were served on defendants/removing parties, Canada Life and Jefferson Pilot on November 19, 2007.

5.    Accordingly, defendants/removing parties, Canada Life and Jefferson Pilot, are required to file their Notice of Removal on or before December 19, 2007 (30 days after service of the Complaint).  Given that defendants/removing parties, Canada Life and Jefferson Pilot, in fact, has filed its Notice of Removal on or before December 19, 2007, defendants'/removing parties' Notice of Removal is presented and filed in a timely manner and in compliance with the provisions of 28 U.S.C. §1446(b).

6.    The above entitled action is a civil action related to a claim for disability insurance benefit payments that the plaintiff alleges she is entitled to receive pursuant to the

terms and conditions of a disability insurance policy that Canada Life issued to her employer, the Housing Authority of Cook County, for the benefit of its employees.    In Count I of the Complaint, plaintiff alleges that Canada Life is the insurer of and issued to plaintiff the policy of disability income insurance ("Policy") and that Jefferson Pilot is authorized and engaged in insurance business in connection therewith. Further, in Count I of the Complaint, plaintiff requests damages in excess of $50,000.00.   Defendants/removing parties contend, *inter alia*, that the plaintiff does not qualify for payment of any disability benefits pursuant to the terms and conditions of the Policy and, therefore, is not entitled to the disability payments or any other damages that she claims she is entitled to receive from defendants/removing parties.   This is also an action by which plaintiff seeks damages pursuant to 215 ILCS 5/155 for defendants'/removing parties' alleged vexatious and unreasonable conduct in denying plaintiff's claim for disability benefits. Plaintiff's Complaint seeks a recovery of damages, pursuant to 215 ILCS 5/155, for the maximum penalty allowable pursuant to that statute which is $60,000.00. By reason of the foregoing request for damages sought by plaintiff in Counts I and II of the Complaint, the total amount of damages demanded, by the Complaint, at the time the Complaint was filed, exceeds the jurisdictional limit of $75,000.00.

       7.     Plaintiff, Patricia Corcoran, for purposes of diversity jurisdiction, is a citizen and resident of the State of Illinois; defendant/removing party, Canada Life, is a corporation duly organized and existing under and by virtue of the laws of the foreign state of Canada, with its principal place of business in Toronto, Canada and, with respect to its United States operations, with its principal place of business in Atlanta, Georgia.   Canada Life, therefore, is a citizen and resident of Canada and the State of Georgia.   Defendant/removing party, Jefferson Pilot, is a corporation duly organized and existing under and by virtue of the laws of the State of Nebraska,

with its principal place of business in Omaha, Nebraska and is, therefore, for purposes of diversity jurisdiction, a citizen and resident of the State of Nebraska.  Diversity among the parties, therefore, exists.

8.    The above entitled action is a civil action related to a claim for disability benefits to which the plaintiff alleges she is entitled to receive and by which she seeks monthly payments of insurance benefits under the terms and conditions of the Policy that Canada Life entered into with the Housing Authority of Cook County, plaintiff's employer.  Defendants/removing parties contend, *inter alia*, that plaintiff is not entitled to receive such monthly disability insurance benefits.  Because there is complete diversity among the parties to this matter and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, defendants/removing parties is entitled to removal of this matter from state court to federal court pursuant to 28 U.S.C. §1441, *et. seq.*

9.    This Court has original jurisdiction of the above entitled action pursuant to 28 U.S.C. §1332 and the action may, therefore, be removed to this Court pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446.

10.    Consistent with the holding in *Rubel v. Pfizer, Inc*., 361 F.3d 1016, 1018 (7th Cir. 2004), it is the good faith belief of defendants/removing parties that the amount in controversy exceeds the jurisdictional amount.

11.    This Notice of Removal is filed with this court within 30 days after service of the Summons and Complaint on defendants/removing parties which occurred on or about November 19, 2007.

WHEREFORE, defendants/removing parties, CANADA LIFE ASSURANCE COMPANY and JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, request that the above entitled action be removed from the Circuit Court of Cook County, Illinois, County Department, Law Division to this Court.

Dated this 14th day of December, 2007.

Respectfully submitted,

By: /s/ Michael J. Smith

Attorney for Defendants/Removing Parties,
Canada Life Assurance Company and
Jefferson Pilot Financial Insurance Company

Michael J. Smith, ARDC #2649691
Warren von Schleicher, ARDC #6197189
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300
(312) 541-0933 Fax
michael.smith@svs-law.com
warren.vonschleicher@svs-law.com

# EXHIBIT A
# TO REMOVAL PETITION

| | |
|---|---|
| .2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS**    CCG N001-10M-1-07-05 (                          ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ Law _____ DIVISION

(Name all parties)

PATRICIA CORCORAN

v.                                                          No. _____

CANADA LIFE ASSURANCE COMPANY, et. al.

*Please serve:*
*See attached list*

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__ , Chicago, Illinois 60602

| | |
|---|---|
| ☐ **District 2 - Skokie**<br>5600 Old Orchard Rd.<br>Skokie, IL 60077 | ☐ **District 3 - Rolling Meadows**<br>2121 Euclid<br>Rolling Meadows, IL 60008 |
| ☐ **District 5 - Bridgeview**<br>10220 S. 76th Ave.<br>Bridgeview, IL 60455 | ☐ **District 6 - Markham**<br>16501 S. Kedzie Pkwy.<br>Markham, IL 60426 |

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41550

Name: Roger S. Hutchison  (Dobbs and Hutchison)

Atty. for: Plaintiff

Address: 47 W. Polk Street, Suite M-2

City/State/Zip: Chicago, Illinois 60605

Telephone: 312-461-9200

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____ , _____

NOV 1 4 2007

_____
Clerk of Court

Date of service: _____ , _____
(To be inserted by officer on copy left with defendant or other person)

_____    _____
(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# Service List

Canada Life Assurance Company
c/o Illinois Department of Financial and Professional Regulation
100 West Randolph
Chicago, Illinois


Jefferson Pilot Financial Insurance Company
c/o Illinois Department of Financial and Professional Regulation
100 West Randolph
Chicago, Illinois

# EXHIBIT B
# TO REMOVAL PETITION

RECEIVED NOV 1 9 2007

STATE OF ILLINOIS    )
                     )  SS          FILED - 3          41550
COUNTY OF COOK       )
                                 2007 NOV 14 PM 2:43

        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT, LAW DIVISION

PATRICIA CORCORAN,              )        2007L012902
                                )        CALENDAR/ROOM Y
          Plaintiff,            )        Breach of Contract
                                )
                                )        2007L012902
     v.                         )  No.   CALENDAR/ROOM Y
                                )        TIME 00:00
CANADA LIFE ASSURANCE COMPANY,  )  BREACH OF CONTRACT Breach of Contract
LONG-TERM DISABILITY PLAN;      )
JEFFERSON PILOT FINANCIAL       )  JURY DEMAND
INSURANCE COMPANY,              )
In its capacity as             )
Administrator  of the Plan;     )
                                )
          Defendants.           )


                        **COMPLAINT**

     NOW COMES the Plaintiff PATRICIA CORCORAN, by and through

her attorneys, DOBBS and HUTCHISON, and for her Complaint against

Defendants, states as follows:

                        Count I
                  Breach of Contract

     1.   This   is   a   Complaint   for   Breach   of   a   Disability

Insurance  Contract  issued  by  the  defendants  to  the  plaintiff  to

provide  monthly  disability  income  benefits  to  Plaintiff  if  she

became disabled.

     2.   Patricia  Corcoran,  the  Plaintiff  and  the  insured,  is  a

resident of Cook County, Illinois.

     3.   The Defendants, Canada Life Assurance Company, insurer

of the Canada Life Assurance Company Disability Insurance Plan,

and Jefferson Pilot Financial Insurance Company are authorized and

engaged in insurance business in the State of Illinois and in Cook

County.

    4.    For and in consideration of premiums paid, the Defendants issued Plaintiff a policy of disability income insurance ("Policy") providing for payment of monthly indemnity in the event Plaintiff becomes disabled under the terms of the policy. (Exhibit)

    5.    "Disabled" is defined in the policy as:

Standard Disabled and Disability – excluding aircraft crew

"Disabled" and "disability" mean that, due to injury, disease, illness, pregnancy or mental disorder, the person is either totally disabled or partially disabled. The loss of a professional or occupational license does not, in itself, constitute disability.

"Totally disabled" means that the period is unable to work and fulfill either of the two conditions below:

Condition 1 – During the elimination period and for the next 24 months after the elimination period in a continuous period of disability, the person is unable to perform the substantial and material duties of this own occupation, or

Condition 2 – After the elimination period plus the next 24 months in a continuous period of disability, the person is unable to perform the substantial and material duties of any occupation for which he is qualified in view of his age, education, experience, and physical and mental capacity.

"Partially Disabled" means that the person fulfills all of the three conditions below:

Condition 1 – The person was totally disabled for the entire elimination period, and

Condition 2 – The person is unable to perform with reasonable continuity the substantial and material duties of:

a.    his own occupation, for the first 24 months after the elimination period in a continuous period of disability, or

b.    any occupation for which he is qualified in view of his age, education, experience, and physical and mental capacity, after the elimination period plus the next 24 months in a

continuous period disability, and

Condition 3 – The person becomes employed and is unable to earn more than 80% of his indexed pre-disability monthly earnings.

"Elimination period" is the period that the person must have actually been disabled during a continuous period of disability before he may receive payments under this policy. It will not include any period that is described in the Limitations provision.   The elimination period under this policy is 180 days.

6.    In consideration of premiums paid, said policy has remained in full force and effect from the date of its inception.

7.    On April 29, 2003, Plaintiff's last date of work, Plaintiff was employed as a Housing Manager for The Housing Authority of Cook County.

8.    On April 30, 2003, Plaintiff was in an automobile accident.

9.    Subsequently, Plaintiff has been unable to work because she sustained fractures of her cervical vertebrae along with several ribs, a lacerated liver and right wrist injury.   The Plaintiff suffers from neuropathy (severe), diabetes, mellitus (poorly controlled with retinopathy and leg edema), hypertension, chronic low back pain (severe), osteoarthritis that presents in major joints including knees bilaterally.   Plaintiff is also morbidly obese with obstructive sleep apnea and hypercholesterolemia, and suffers from gastroesophageal reflux disease, depression, anxiety and cervicogenic and migraine headaches.

10.  As a result thereof, Plaintiff submitted a timely

3

claim, alleging entitlement to benefits, based upon disability as defined by the policy which prevented her from working beyond the elimination period, which ended October 27, 2003.

11.   Despite the submission of extensive medical and other evidence in support of her claim, and despite the fact that the Social Security Administration has made a finding that the Plaintiff is totally disabled, the Defendants have denied benefits under the Policy to Plaintiff.

12.   As a result of the foregoing, there is due and owing to the Plaintiff by reason of Defendants' breach of the foregoing contract of insurance, payments due since approximately October 27, 2003, as well as well as interest payable thereon at a rate of 9% per annum pursuant to 215 ILCS 5/357.9.  In addition thereto, Plaintiff is entitled to a declaratory judgment declaring her ongoing entitlement to monthly benefits so long as she continues to meet the terms and conditions of the insurance policy.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in a reasonable and equitable sum in excess of $50,000.00, plus costs of suit.

## COUNT II
### Unreasonable and Vexatious Delay
### 215 ILCS 5/155

1. – 12.   Plaintiff re-alleges Paragraphs 1. – 12 of Count II.

13.   The Defendants are guilty of unreasonable and vexatious delay in their refusal to pay disability income benefits to the Plaintiff.

4

14.   The Plaintiff is entitled to recover statutory penalties and attorneys' fees, pursuant to 215 ILCS 5/155.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in a reasonable and equitable sum in excess of $50,000.00, plus costs of suit, plus penalties and interest at 9%, plus the maximum allowable penalty pursuant to 215 ILCS 5/155, plus plaintiff's attorneys' fees and court costs.


Roger S. Hutchison,
Attorney for Plaintiff

Roger S. Hutchison #41550
Dobbs and Hutchison
Dearborn Station
47 West Polk, Suite M-2
Chicago, Il  60605
(312) 461-9200

## AFFIDAVIT AS TO DAMAGES SOUGHT

I, ROGER S. HUTCHISON, being first duly sworn on oath and pursuant to Supreme Court Rule 222, state as follows:

1.   My name is Roger S. Hutchison and I am one of the attorneys for Plaintiff in this cause.

2.   The amount of money damages sought will exceed $50,000.00 per Plaintiff.

3.   Pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that he verily believes the above statement to be true.

Roger S. Hutchison

6

# COVER PAGE

POLICY          13225

NAME          Housing Authority of Cook County

~~DOCUMENT~~          ~~CANLIFED~~

VERSION          G003V000

Printed by          traci
       on          –April 13, 1998
       at          10:27:10

Special Instructions          _____
                              _____
                              _____
                              _____

*Non-ERISA*
*$50.00 Min Mthly Ben*
*Max Capacity*
*Self Reported*



PLAINTIFF'S
EXHIBIT
A

CL 008

We, the undersigned, hereby accept Policy No. H.13225 - LTD now delivered by THE CANADA LIFE ASSURANCE COMPANY in place of policy bearing the same number issued on or about January 1st, 1979.

Dated at _____ this._____ day of _____, 19____

HOUSING AUTHORITY OF COOK COUNTY

by:_____

GP400-021

## TABLE OF CONTENTS

Name of Provision                                                    Page Number
_____

REWRITTEN POLICY ...........................................................................

DEFINITIONS ...................................................................................

WHO MAY BECOME INSURED ..............................................................

HOW AND WHEN INSURANCE TAKES EFFECT ........................................

AMOUNT OF INSURANCE ....................................................................

DISABILITY INCOME BENEFIT ............................................................

WHEN DISABILITY INCOME BENEFITS CEASE.......................................

WAIVER OF PREMIUM .......................................................................

RETURN TO WORK ...........................................................................

SURVIVOR BENEFIT .........................................................................

REDUCTIONS...................................................................................

FREEZE ON REDUCTIONS ..................................................................

RIGHT OF RECOVERY .......................................................................

LIMITATIONS ..................................................................................

LIMITATION ON BENEFITS FOR MENTAL DISORDER.............................

EXCLUSIONS ..................................................................................

PRE-EXISTING CONDITION EXCLUSION ...............................................

CONTINUITY OF COVERAGE UPON CHANGE OF INSURERS ....................

WHEN A PERSON'S INSURANCE TERMINATES.......................................

PREMIUMS .....................................................................................

PERIOD OF GRACE ..........................................................................

CURRENCY ....................................................................................

*The Canada Life Assurance Company*         Page 2          Dated January 1st, 1998.

CL 010

## TABLE OF CONTENTS

Name of Provision                                                                    Page Number

PLACE OF PAYMENT ..............................................................................................

NOT ELIGIBLE FOR DIVIDENDS ...........................................................................

WORKERS' COMPENSATION NOT AFFECTED ....................................................

CLERICAL ERROR ...................................................................................................

BOOKLET-CERTIFICATE .......................................................................................

STANDARD PROVISIONS..........................................................................................

AMENDMENTS TO THE POLICY ...........................................................................

TERMINATION OF POLICY ....................................................................................

*The Canada Life Assurance Company*          Page 3                    Dated January 1st, 1998.

CL 011

Should questions or comments arise with regard to this insurance, you may contact the insurance company issuing this insurance at the following address and telephone number.

Group Customer Service Center
The Canada Life Assurance Company
6201 Powers Ferry Road
Atlanta, Georgia 30348
Telephone: (800) 554-4026t

If discussions with us at The Canada Life Assurance Company fail to produce a satisfactory resolution to your problem, you may contact:

Illinois Department of Insurance
Consumer Division
320 West Washington Street
Springfield, Illinois 62767
(217) 782-4395

CL 012

## ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION LAW

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in Illinois (and their payees, beneficiaries, and assignees) and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

## ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

## DISCLAIMER

The Illinois life and Health Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on residence in Illinois. Other conditions may also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selection an insurer. Your insurer and agent are prohibited by Law from using the existence of the Association or its coverage to sell you an insurance policy.

Illinois Life and Health Insurance Guaranty Association
8420 West Bryn Mawr Avenue
Chicago, Illinois 60631
(312) 714-8050

Illinois Department of Insurance
320 West Washington Street
4th Floor
Springfield, Illinois 62767
(217) 782-4515

## SUMMARY OF GENERAL PURPOSES AND CURRENT LIMITATIONS OF COVERAGE

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law") [215 ILCS 5/531,01 et seq.]. The following contains a brief summary of the Law's coverages, exclusions, and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery does not guarantee that your policy is covered by the Guaranty Association.

*The Canada Life Assurance Company*          Page 5          Dated January 1st, 1998.

CL 013

a) Coverage:

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1) life insurance, health insurance, and annuity contracts;

2) life, health or annuity certificates under direct group policies or contracts;

3) unallocated annuity contracts; and

4) contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected, even if they live in another state.

b) Exclusions from Coverage:

1) The Guaranty Association does not provide coverage for:

A) any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk;

B) any policy of reinsurance (unless an assumption certificate was issued);

C) interest rate guarantees which exceed certain statutory limitations;

D) certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion or a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or government lottery;

E) any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or

F) any stop loss insurance.

2) In addition, persons are not protected by the Guaranty Association if:

A) the Illinois Director of Insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or

B) their policy was issued by an organization which is not a member of the Association.

c) Limits on Amount of Coverage:

1) The Law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of either:

A) the contractual obligations for which the insurer is liable of for which the insurer would have been liable if it were not an impaired or insolvent insurer, or

CL 014

*The Canada Life Assurance Company*            Page 6            Dated January 1st, 1998.

B)  with respect to any one life, regardless of the number of policies, contracts, or certificates:

    i)   in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;

    ii)  in the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and

    iii)  with respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract.  The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder, regardless of the number of contracts.

2)  However, in no extent is the Guaranty Association liable for more than $300,000 with respect to any one individual.

CL 015

*The Canada Life Assurance Company*          Page 7          Dated January 1st, 1998.

## REWRITTEN POLICY

This policy replaces the previous policy bearing No.H.13225, issued by us with an effective date of January 1st, 1979, including any amendments that were made to such previous policy.

Each person who was insured under the previous policy immediately prior to the Effective Date of this policy will be insured under this policy on its Effective Date if he is then a member of a class of persons who may be insured.  However, only the terms of the previous policy will apply to him in either of the situations described below:

1.  If he is not actively at work on the Effective Date of this policy.  The terms of this policy will begin to apply to him when he is again actively at work.

2.  If he suffers a recurrence of a disability that is part of a continuous period of disability which commenced while he was insured under the previous policy. The terms of this policy will begin to apply to him when such continuous period of disability has ended and he is again actively at work.

Neither of the following will apply to a person who was insured under the previous policy immediately prior to the Effective Date of this policy.

1.  The completion of the period of service, if any, that is described in the Who May Become Insured provision of this policy.

2.  The How and When Insurance Takes Effect provision of this policy.

Each person who was not insured under the previous policy immediately prior to the Effective Date of this policy will only become insured under this policy when in accordance with the following:

1.  The completion of the period of service, if any, that is described in the Who May Become Insured provision of this policy.

2.  The How and When Insurance Takes Effect provision of this policy.

GD600-252

CL 016

## DEFINITIONS

All male terms will include the female term, unless stated otherwise.

"You" and "your" mean the Policy Holder.

"We", "our" and "us" mean The Canada Life Assurance Company.

"Person" means an employee.

"Actively at work" means that a person is either:

     1.     actually performing his normal duties, if it is a scheduled work day; or

     2.     capable of performing his normal duties, if he is not at work due to a non-scheduled work day, holiday or vacation day;

at his normal place of employment or at some other location where your business requires him to be.

"Effective Date" means January 1st, 1998.

"Policy month" means a period of one month commencing on the Effective Date or on the first day of each month thereafter.

"Policy year" means a period of one year commencing on the Effective Date or on any anniversary thereof.

"Employee" means anyone who is employed by you.

GD600-203

     "Elimination period" is the period that the person must have actually been disabled during a continuous period of disability before he may receive payments under this policy. It will not include any period that is described in the Limitations provision. The elimination period under this policy is 180 days.

CL 017

"Continuous period of disability" includes all periods of disability that meet all of the following conditions.

1.  They commence while the person is insured under this policy.

2.  They are due to the same cause or causes.

3.  The elimination period must be satisfied during a period of 210 consecutive days.

4.  After the elimination period has been satisfied, they are separated by a period of six consecutive months or less during which the person was not disabled.

However, if we cease to make payments to a person because he is no longer disabled and he becomes disabled again due to the same cause or causes within six months and after this policy has terminated, such disability will be considered by us to be part of the same continuous period of disability and we will pay benefits to him unless both of the following have occurred:

1.  Replacement coverage has been obtained with another insurer.

2.  There is legislation or regulation which stipulates that the new insurer should assume liability for such disability.

"Retirement program" means a program which provides retirement benefits to employees and which is not funded wholly by employee contributions.  The term will not include a profit-sharing plan, a thrift plan, an individual retirement account (IRA), a tax sheltered annuity (TSA), a stock ownership plan or a non-qualified plan of deferred compensation.

GD600-204

"Mental disorder" means any psychiatric or emotional illness or disease.  It includes each of the following.

1.  Neurotic disorders such as but not limited to anxiety, dissociative disorders, phobias, depressions and obsessive compulsive disorders.

2.  Psychotic disorders such as but not limited to schizophrenia, paranoid psychosis and affective disorders.

3.  Personality disorders such as but not limited to sociopathic personality.

"Pregnancy" includes childbirth or miscarriage and any disease or infirmity resulting from or aggravated by the pregnancy.  It also includes therapeutic abortions or complications arising from any abortion.

CL 018

"Physician" means an individual who is operating within the scope of his license and is either:

1.    licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

2.    legally qualified as a medical practitioner and required to be recognized, under this policy for insurance purposes, according to the insurance statutes or the insurance regulations of the governing jurisdiction.

It will not include an employee or his spouse, daughter, son, father, mother, sister or brother.

"Hospital" or "medical facility" means a facility licensed to provide full-time medical care and treatment under the direction of a full-time staff of licensed physicians.

GD600-205

"Annual earnings" as used to determine the benefits of a person under this policy will be calculated as his annual gross base earnings as an employee. They exclude any income he receives such as but not limited to commissions, bonuses, dividends, overtime and profit sharing. Earnings will also include any earnings you could receive if you are working to your Maximum Capability to Earn.

UD8-2

"Monthly earnings" will be the annual earnings of the person divided by 12.

"Maximum Capability to Earn" means that you are able to work to your fullest potential in an occupation that exists in a national economy for which you are reasonably qualified by education, training and experience.

UD8-3

"Indexed pre-disability monthly earnings" means the person's monthly earnings immediately prior to the date he became disabled, increased by a cost of living adjustment. The adjustment will be made starting on the 13th benefit payment and on each anniversary of that date. The amount of each adjustment will be the lesser of 3% or the percentage increase in the Consumer Price Index.

UDX-2

CL 019

Standard Definition of Disability - excluding aircraft crew

"Disabled" and "disability" mean that, due to injury, disease, illness, pregnancy or mental disorder, the person is either totally disabled or partially disabled. The loss of a professional or occupational license does not, in itself, constitute disability.

"Totally disabled" means that the person is unable to work and fulfills either of the two conditions below:

Condition 1 - During the elimination period and for the next 24 months after the elimination period in a continuous period of disability, the person is unable to perform the substantial and material duties of his own occupation, or

Condition 2 - After the elimination period plus the next 24 months in a continuous period of disability, the person is unable to perform the substantial and material duties of any occupation for which he is qualified in view of his age, education, experience, and physical and mental capacity.

"Partially disabled" means that the person fulfills all of the three conditions below:

Condition 1 - The person was totally disabled for the entire elimination period, and

Condition 2 - The person is unable to perform with reasonable continuity the substantial and material duties of:

a.    his own occupation, for the first 24 months after the elimination period in a continuous period of disability, or

b.    any occupation for which he is qualified in view of his age, education, experience, and physical and mental capacity, after the elimination period plus the next 24 months in a continuous period disability, and

Condition 3 - The person becomes employed and is unable to earn more than 80% of his indexed pre-disability monthly earnings.

UD9-5

CL 020

## Definition of Disability - aircraft crew only

For any person employed as a pilot, co-pilot or crew member of any aircraft, the following definitions of disabled, disability, totally disabled, and partially disabled apply:

"Disabled" and "disability" mean that, due to injury, disease, illness, pregnancy or mental disorder, the person is either totally disabled or partially disabled. The loss of a pilot's license or any other professional or occupational license does not, in itself, constitute disability.

"Totally disabled" means that the person is unable to work and is unable to perform the substantial and material duties of any occupation for which he is qualified in view of his age, education, experience, and physical and mental capacity.

"Partially disabled" means that the person fulfills all of the three conditions below:

Condition 1 - The person was totally disabled for the entire elimination period, and

Condition 2 - The person is unable to perform with reasonable continuity the substantial and material duties of any occupation for which he is qualified in view of his age, education, experience, and mental and physical capacity, and

Condition 3 - The person becomes employed and is unable to earn more than 80% of his indexed pre-disability monthly earnings.

UD9-10

GD600-206

CL 021

## WHO MAY BECOME INSURED

The class or classes of persons who may be insured under this policy are all of the full-time employees who work at least 30 hours per week on a regular basis as employees provided they are legal residents of the U.S. or Canada.

Each person who is a member of such a class on the Effective Date may become insured on that date.

Each person who becomes a member of such a class after the Effective Date may become insured on the earliest first day of a policy month after the Effective Date on which both of the following conditions have been met.

1.    He has completed at least 2 months of continuous service as an employee.

2.    He is a member of such a class.

GD600-207

CL 022

## HOW AND WHEN INSURANCE TAKES EFFECT

A person will become insured under this policy on whichever of the dates shown below applies to him provided that he is then actively at work.  If he is not actively at work on the date on which he would otherwise become insured he will become insured only when he is again actively at work.

1.  If his application to become insured is completed on or before the earliest date on which he may become insured, his insurance will take effect on that earliest date.

2.  If his application to become insured is completed no more than 30 days after the earliest date on which he may become insured, his  insurance will take effect on the date on which his application has been completed.

3.  If his application to become insured is completed more than 30 days after the earliest date on which he may become insured, his insurance will take effect on the date on which we have, in writing, either approved evidence of his insurability or waived such requirement.

An application to become insured must be completed on a form approved for that purpose by us. It must be promptly deposited with us at our Head Office.

Any evidence required under this provision must be provided without expense to us.

GD600-208

CL 023

*The Canada Life Assurance Company*          Page 15          Dated January 1st, 1998.

## AMOUNT OF INSURANCE

The amount of insurance with respect to each person who is insured will be based on the Schedule shown below.

You must deposit written notice with us at our Head Office of any change in the class or earnings of a person which would affect the amount of his insurance.

A decrease in the amount of his insurance will take effect on the first day of the policy month coincident with or next following the date stated in the notice.

An increase in the amount of his insurance will take effect on whichever of the dates shown below applies to him provided that he is then actively at work. If he is not actively at work on the date on which the amount of his insurance would otherwise increase, the increase will take effect only when he is again actively at work.

1. If we receive the notice from you no more than 30 days after the date of change, then on the first day of the policy month coincident with or next following the date stated in the notice.

2. If we receive the notice from you more than 30 days after the date of change, the date on which we have, in writing, either approved evidence of his insurability or waived such requirement.

If we decline evidence of his insurability, the amount of his insurance will be limited to that which applied to him prior to the change in his class or earnings. It may not be increased for any reason until we approve evidence of his insurability.

Any evidence required under this provision must be provided without expense to us.

GD600-209

When we are calculating the amount of a benefit based on earnings that has become payable with respect to a person under this policy, we will use whichever of the following amounts was the smallest at the time the continuous period of disability began.

1. The person's actual earnings as defined in the Definitions provision.

2. The level of earnings on which the premium for the person's benefit was being paid.

No change will be made in the amount of insurance of a person during any one continuous period of disability.

The amount of insurance shown in this provision will be subject to reductions as outlined in the Reductions provision.

GD600-210

CL 024

SCHEDULE

CLASS                                    MONTHLY BENEFIT

1.    All Eligible Employees            60% of monthly earnings (rounded to
                                        the next higher $1.00 of benefit) to a
                                        maximum benefit of $2,500.


GD600-211


## DISABILITY INCOME BENEFIT

We will pay to a person who begins a continuous period of disability, the amount of insurance which applies to him under this policy at the date the period began. Our payment will be subject to all of the following conditions.

1.    He is insured under this policy when the continuous period of disability begins.

2.    Payments will be made for that part of a continuous period of disability that commences on the later of the following dates.

    a.    The date on which he has completed the elimination period.

    b.    The date on which initial proof that the person is disabled is given to us at our Head Office. The proof must be given to us within 90 days after he has completed the elimination period. The proof must be satisfactory to us.

3.    The payments will be made to him at the end of each month.

4.    The amount of insurance which applies to him under this policy will be subject to reductions. These are outlined in the Reductions provision.

5.    If the period during which a person is entitled to receive benefits under this policy is not a complete number of months, we will make a partial payment for that period that is not a complete month. The partial payment will be calculated as one-thirtieth of his monthly benefit for each day of the period that is not a complete month.


GD600-333


CL 025

## WHEN DISABILITY INCOME BENEFITS CEASE

The payments to a person will continue during the continuous period of disability until the earliest time shown below.

1.  The date on which he ceases to be disabled as defined in this policy.  The person will cease to be insured under this policy at that time if he does not then return to active work for you.

2.  The date of his death.

3.  The end of the maximum benefit payment period that is shown in the following Table.

TABLE

| Age at Date Disability Commences | Maximum Benefit Period |
|---|---|
| Under age 60 | to age 65 (a minimum of 60 monthly benefit payments will be made). |
| 60 | 60 benefit payments |
| 61 | 48 benefit payments |
| 62 | 42 benefit payments |
| 63 | 36 benefit payments |
| 64 | 30 benefit payments |
| 65 | 24 benefit payments |
| 66 | 21 benefit payments |
| 67 | 18 benefit payments |
| 68 | 15 benefit payments |
| 69 through 74 | 12 benefit payments |
| 75 or over | 6 benefit payments |

GD600-213

CL 026

## WAIVER OF PREMIUM

We will waive the payment of each premium falling due under this policy with respect to a person while he is actually disabled during a continuous period of disability, subject to both of the following conditions:

1.    He has completed the elimination period.

2.    His claim has been admitted by us.

GD600-216

CL 027

## RETURN TO WORK

If a disabled person returns to work, we will pay benefits under this policy provided he remains disabled under the terms of this policy and has satisfied the elimination period.

The amount of the benefit otherwise payable under this policy will be reduced as described in the Reductions provision of this policy.  Income from employment will be treated as follows for the purposes of the Reductions provision:

1.   During the first 12 months of a return to work, income he is receiving from any employment will not be included as a source of income under the Reductions provision.

2.   During the next 12 months, 25% of the gross monthly income he is receiving from any employment will be included as a source of income under the Reductions provision.

3.   For any additional period, 50% of the gross monthly income he is receiving from any employment will be included as a source of income under the Reductions provision.

However, if at any time, the total of:

1.   the monthly benefit he is receiving from this policy,

2.   the sources described in the Reductions provision of this policy, other than income from employment, and

3.   any earnings from employment,

exceeds 100% of his indexed pre-disability monthly earnings, then the benefit under this policy will be further reduced.  We will reduce his monthly benefit so that his total monthly income from all such sources does not exceed 100% of his indexed pre-disability monthly earnings.

We will stop making benefit payments to him on the earlier of the following dates:

1.   The date on which he would otherwise cease to be disabled as defined in this policy.

2.   The date on which he would otherwise cease to receive benefits under this policy.

GD600-329

CL 028

## SURVIVOR BENEFIT

Definition

As used in this provision:

"eligible survivor" means:

1.    The spouse of a person, if living at the date of his death.

2.    If the spouse has died prior to the date of death of the person, the children of the person provided they are under age 25.

Benefit

If a person who is disabled in accordance with the terms of this policy dies, we will make one lump sum payment to his eligible survivor.  The payment will be made provided that both of the following conditions have been met:

1.    The person had completed a continuous period of disability of 180 days or the elimination period, whichever is greater.

2.    The person had been receiving or was entitled to receive payments under this policy immediately prior to his death.

The payment to be made to the eligible survivor will be 3 times the full monthly benefit the person received prior to his death or would have been entitled to receive if his death had not occurred.  This will not include any reduction made to the monthly benefit in accordance with the other terms of policy.

If the payment becomes due to the children of a person, we will make the payment to the children or to an individual legally entitled to receive payment on behalf of the children.

GD600-330

CL 029

# REDUCTIONS

## Benefits Due to Disability From Other Sources

If a person is entitled to receive payments under this policy, the amount of the payments will automatically be reduced by the amount of any income the person earns or is entitled to apply for and receive with respect to his disability under any one or more of:

1. Any retirement program that is funded in whole or in part by you.

2. Your life insurance plan.

3. The Social Security Act, the Canada Pension Plan, the Quebec Pension Plan or any similar plan or act. This includes dependents benefits by reason of such disability.

4. The Railroad Retirement Act. This includes dependents benefits by reason of such disability.

5. Any Workers' Compensation Law.

6. Any No-Fault Motor Vehicle Coverage. This will not apply if either:

    a. State law or regulation does not allow any reduction of group disability benefits by benefits received under No-Fault Motor Vehicle Coverage.

    b. The No-Fault Motor Vehicle Coverage, according to its rules or according to an election of a person who is insured, determines its benefits after the benefits paid or due under this policy have been paid.

7. Any employee benefit, union or labor-management trustee plans that are funded in whole or in part by you.

8. Any program or coverage required or provided by law or any government agency.

9. Income from employment, as described in the Return to Work provision of this policy.

## Benefits Due to Retirement

If a person is receiving payments under this policy, such payments will be further reduced by either one or both of:

1. Any income the person is entitled to apply for and receive with respect to his retirement under the Social Security Act, the Railroad Retirement Act, the Canada Pension Plan or the Quebec Pension Plan.

2. Any income the person receives with respect to his retirement under any retirement program that is funded in whole or in part by you.

GD600-309                                                        CL 030

## Conditions

If a person receives a lump sum settlement for any of the benefits shown above, our payments under this policy will be reduced by the amount that he would normally receive if the payments were being made on a monthly basis.

If, at the time of calculating the amount of any payments to be made under this policy, the benefit which a person is entitled to apply for and receive under any other source described in this provision has not been awarded nor denied, we will estimate the amount of such benefit. The estimate will be used to reduce the amount of the payments under this policy until such time as the benefit under such source has been awarded or denied. However, such estimate will not be used if, within six months of becoming disabled, the person meets both the following conditions.

1. The person has applied for the benefit under the other source; and

2. The person completes and signs our Reimbursement Agreement. This agreement states that the person promises to repay to us any overpayment caused by an award of the benefit under the other source.

If we have reduced payments under this policy by an estimate of the amount of the benefit under another source, we will adjust the amount of the payments under this policy when we receive written notice that the amount of the benefit received under such source differs from the estimate or that the benefit has been denied.

If the amount of the benefit received under another source is less than was estimated or the benefit has been denied, we will make a lump sum refund of the amount by which we have underpaid the payments the person is entitled to under this policy. If the amount of the benefit received under another source is more than was estimated the person must make repayment to us of the amount of the overpayment.

GD600-310

CL 031

## ESTIMATE FOR MAXIMUM CAPABILITY TO EARN

Canada Life has the right to determine your potential earnings based on your physical capacity, education, training and experience through vocational and medical assessments. Canada Life will reduce your Monthly Income Benefit by potential Work Earnings as though they are actual earnings.

### FREEZE ON REDUCTIONS

We will not reduce the amount of payments under this policy due to cost of living increases in the payments a person receives from any of the sources described in the Reductions provision. This will not apply to any increase in earnings from any employment.

GD600-226

CL 032

## RIGHT OF RECOVERY

A person will be required to reimburse us for any benefits we pay him if both of the following conditions are met.

1.  Benefits are paid or payable under this policy with respect to him.

2.  He has a right to and does recover damages from any person, organization, or legal entity that is or may be liable for any injury, accident, illness or other event giving rise directly, or indirectly, to the disability for which benefits are payable.

The term damages will include any lump sum or periodic payments with respect to past, present or future loss of income.

A person will reimburse us in the amount of any benefits we have paid out of the damages recovered, which damages, when added to the benefits paid under this policy, are in excess of 100% of his lost income.

If a person receives a lump sum payment or periodic payments under judgment or settlement for damages we will stop making payments under this policy.

Payments will only resume when the payments which would otherwise be payable under this policy equal the amount we are entitled to be reimbursed.

If a claim for damages is settled, a person will be required to reimburse us the amount that reasonably reflects the benefits that would otherwise be payable by us; notwithstanding the actual terms of the settlement.

A person must:

1.  Notify us of any action started against a third party.

2.  Notify us of any judgment or settlement which results from such action.

3.  Provide us with all documents pertaining to such action that we may reasonably request with respect to either:

    a.  The issues of liability.

    b.  The calculation or allocation of damages.

A person's lawyer may represent our rights of recovery. However, we reserve the right to:

1.  Appoint another lawyer to act on our behalf.

2.  Commence an action to pursue our rights of recovery directly against a third party. The person agrees to fully co-operate with us in pursuing our claim against the third party.

GD600-332

CL 033

## LIMITATIONS

No amount of insurance will be payable under this policy with respect to the disability of a person during any of the following periods.

1. Any period while the person is not under the continuing care of a physician.

2. With respect to mental disorder, any period while the person is not under the continuing care of a specialist in psychiatric care.

3. With respect to alcoholism and/or drug addiction, any period while the person is not being actively supervised by and receiving continuing treatment from a rehabilitation center or a designated institution approved for such treatment by an appropriate body in the governing jurisdiction or, if none, by us.

4. Any period in which the person fails to submit to any medical examination requested by us.

5. Any period while the person is confined in a penal or correctional institution as a result of a conviction for a criminal or other public offense.

GD600-340

CL 034

*The Canada Life Assurance Company*          Page 26          Dated January 1st, 1998.

## LIMITATION ON BENEFITS FOR MENTAL DISORDER

Benefits for disability due to mental disorder will not exceed 24 months of monthly benefit payments unless the person is disabled as defined in this policy and meets one of the following situations.

1.  The person is confined in a hospital or medical facility at the end of the 24 month period. The monthly benefit will be paid during the confinement.

    If the person is still disabled when he is discharged, the monthly benefit will be paid for a recovery period of up to 90 days.

    If the person becomes reconfined during the recovery period for at least 14 days in a row, benefits will be paid for the confinement and another recovery period of up to 90 more days.

2.  The person continues to be disabled and becomes confined in a hospital or medical facility:

    a.   after the 24 month period; and

    b.   for at least 14 days in a row.

The monthly benefit will be payable during the confinement.

GD600-335

CL 035

## SPECIAL CONDITIONS

Payment of Monthly Income Benefits is limited to a maximum of 24 months for disability caused by or related to Self-reported Symptoms.

This is not a separate maximum for each condition or for each period of disability. This is a combined maximum for all periods of disability and for all of these conditions.

However, if you are confined to a hospital because of disability after the end of the 24 months, Canada Life will pay Monthly Income Benefits during your confinement and for up to 60 days after you are discharged if you are still disabled.

If within 60 days after you are discharged you are re-confined for at least 10 consecutive days because of the same disability, then Canada Life will pay Monthly Income Benefits during your re-confinement and for up to 60 days after you are discharged if you are still disabled and for one additional recovery period up to 90 days.

Payment of Monthly Income Benefits will end earlier than stated above subject to the conditions of the Maximum Benefit Period section.

**Self-reported Symptoms** means the manifestations of your condition which you tell your physician, that are not verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine.

GDC97-29

CL 036

# EXCLUSIONS

No amount of insurance will be payable under this policy for any disability that is caused by or results from any one or more of:

1.    Intentionally self-inflicted injury.

2.    War, declared or undeclared, or any act of war.

3.    Active participation in any riot or violent disorder.

4.    Committing or attempting to commit a felony.

GD600-272

CL 037

## PRE-EXISTING CONDITION EXCLUSION

No amount of insurance will be payable under this policy for any disability caused by or resulting from a pre-existing condition. A pre-existing condition is any injury, disease, illness, pregnancy, mental disorder, malady or condition for which a person meets Condition A or Condition B immediately below.

Condition A. The person was diagnosed by a legally qualified physician prior to the date on which he became insured under this policy and at least one of the following conditions is met.

1.     He received consultation, advice or treatment by a legally qualified physician within 90 days prior to the date on which he became insured under this policy.

2.     A legally qualified physician demonstrates that there is a reasonable medical question that the injury, disease, illness, pregnancy, mental disorder, malady or condition involved did continue within 90 days prior to the effective date of coverage without the necessity of consultation, advice or treatment by a legally qualified physician.

Condition B. The injury, disease, illness, pregnancy, mental disorder, malady or condition was evident from a clear, distinct symptom or symptoms demonstrable prior to the effective date of coverage and the occurrence of which were evident within 90 days prior to the effective date of coverage and which, in the opinion of a legally qualified physician, indicate both of the following:

1.     The injury, disease, illness, pregnancy, mental disorder, malady or condition probably began and manifested itself before the effective date of coverage.

2.     The symptom or symptoms would cause an ordinarily prudent person to seek diagnosis, care or treatment.

This exclusion will not apply to a continuous period of disability which begins after the person has been insured under this policy for at least one year.

GD600-218B

CL 038

## CONTINUITY OF COVERAGE UPON CHANGE OF INSURERS

In order to prevent loss of coverage for a person when this policy replaces a group disability policy you had in force with another insurer immediately prior to the Effective Date, we will provide the following coverage.

A person will automatically become insured under this policy on the Effective Date, subject to all of the following conditions:

1. He was insured under such prior insurer's group disability policy immediately prior to the Effective Date.

2. He is not actively at work on the Effective Date.

3. He is a member of a class or classes of persons who may be insured under this policy.

4. Premiums are paid with respect to him.

If such a person becomes disabled the benefits payable will be the lesser of the following:

1. The benefits which would have been paid under the prior insurer's policy had coverage remained in force.

2. The benefits payable under this policy.

This will be reduced by any benefits for which the prior insurer is liable.

Benefits may be payable to a person who becomes disabled due to a pre-existing condition, subject to all of the following conditions:

1. He was insured under such prior insurer's group disability policy immediately prior to the Effective Date.

2. He was actively at work on the Effective Date.

3. He was insured under this policy on the Effective Date.

GD600-231

CL 039

Such benefits will be determined as follows:

1.  We will apply the pre-existing condition exclusion under this policy.  If the person satisfies our pre-existing condition exclusion, he will be paid the benefits payable under our policy without regard to the prior policy.

2.  If the person cannot satisfy this policy's pre-existing condition exclusion, the prior policy's pre-existing condition exclusion will be applied.

    a.  If the person satisfies the prior policy's pre-existing condition exclusion, he will be paid the lesser of the following:

        1)  The benefits which would have been payable under the prior policy.

        2)  The benefits payable under this policy.

        The continuous time the person was insured under both policies will be taken into consideration.

    b.  If the person cannot satisfy the pre-existing condition exclusion of either policy, no benefits will be paid.

You must furnish us with a copy of any such prior insurer's policy.

All of the other terms and conditions of this policy will apply to a person covered under this provision.

GD600-232

CL 040

*The Canada Life Assurance Company*           Page 32           Dated January 1st, 1998.

## WHEN A PERSON'S INSURANCE TERMINATES

All of a person's insurance under this policy will terminate at the earliest time shown below:

1.    When the person's employment terminates.

2.    When the person ceases to be a member of a class or classes of persons who may be insured.

3.    On the date on which this policy is no longer in force.

4.    If a person is absent from work due to a temporary lay-off or due to a leave of absence, the earlier of:

      a.    The date that is stated in a written notice from you that the person's insurance is to be terminated.

      b.    The last day of the month that follows the month in which his absence from work began.

5.    When the person goes on strike, or is locked-out. This will not apply if either:

      a.    There is a written agreement between you and us that all persons will continue to be insured during the strike or lock-out.

      b.    There is applicable statutory legislation or regulations which requires the continuation of insurance during a strike or lock-out.

6.    The day before he enters service in any naval, military or air force.

7.    On the date on which the person requests, in writing, to have his insurance terminated.

GD600-233

If, at the time the insurance of a person would otherwise terminate, he is disabled, his insurance will not terminate until the earliest time applicable according to the When Disability Income Benefits Cease provision.

If an event that is described above occurs, you must deposit written notice with us at our Head Office within 31 days. Failure to give written notice within such 31 day period will not continue insurance in force with respect to a person beyond the time it would otherwise have been terminated as shown above.

GD600-234

**CL 041**

## PREMIUMS

Premiums are due each month in advance from the Effective Date. Each premium due will be calculated on a basis that is established by us and will be 0.438% of your insured payroll.

UD51-2

It is our right to change the premium rate shown above as follows:

1.    As of any date on which a premium is due.

2.    At any time this policy is amended to change either one or both of:

   a.    The class or classes of persons who may be insured under this policy.

   b.    The amount of the benefits payable under this policy.

3.    At any time the number of persons or the composition of the group of persons who are insured under this policy changes by more than 25% Failure to remit a complete census listing may result in a change in the premium rate(s).

4.    At any time there is a change in federal or state legislation or regulation which affects the benefits or provisions of this policy.

We must give you at least thirty-one days written notice prior to the date of a change.

If you request, and we agree, the frequency of premium payment may be changed, as of any date on which a premium is due. You may change the frequency to yearly, half-yearly, quarterly or monthly. If the frequency of premium payment is to be changed to one other than monthly, the terms of the first paragraph of this provision will be read as if they had been changed to provide for the new premium frequency.

GD600-235

If, at any time prior to the date that a disability commences, we learn that the amount of insurance that should be in force under this policy is not the amount on which the premium was based, an adjustment premium will be paid by you or a refund will be made to you so that the actual premiums for the true amount of insurance will be paid.

CL 042

If there is any change in the amount of insurance in force under this policy between the dates on which premiums are due, an adjustment premium or a refund will be due. The adjustment premium or the refund will be due on whichever of the following dates apply.

1.    If the change occurs on or prior to the 15th day of a policy month, the first day of such policy month.

2.    If the change occurs after the 15th day of a policy month, the first day of the next policy month. However, an adjustment premium or refund will not be due if, on the first day of the next policy month, a regular premium is due.

If we do not receive notice of a change due to a decrease in or the termination of an amount of insurance on or prior to the first day of a policy year that follows the date of the change, we will limit the refund to the amount that is due for the period from the first day of the current policy year to the date on which we receive the notice.

The amount of insurance with respect to a person will be decreased or terminated in accordance with the other terms of this policy. The payment of premiums with respect to a person's insurance after the date of such decrease or termination will not continue to provide insurance of the amount which was in effect with respect to such person prior to such decrease or continue insurance in force with respect to such person after such termination, whether or not all or part of such premium is refunded.

Refunds will be applied in or toward the payment of any outstanding premiums and adjustment premiums. Any balance will be held at your credit, without interest, and will be applied in or toward payment of succeeding premiums and adjustment premiums as and when they fall due. However, you may, at any time withdraw in cash any amount so held at your credit.

GD600-236

If this policy is terminated in accordance with the Termination of Policy provision, you will pay to us all adjustment premiums that are due and have not been paid. You will also pay to us a pro rata premium for the period (if any) elapsed from the date on which the last unpaid premium was due to the date on which this policy is terminated.

We will not be required to accept the payment of any premium otherwise than from you.

GD600-237

CL 043

## PERIOD OF GRACE

A period of grace will be allowed for the payment of each premium after the first and each adjustment premium. The period of grace for the payment of each premium will be thirty-one days after the date on which it is due. The period of grace for the payment of each adjustment premium will be thirty-one days after the date on which the next premium is due unless we, by written notice to you, limit the days of grace. Such limit will not be less than thirty-one days after the date the notice is delivered to you. The policy will remain in force during the period of grace unless terminated in accordance with the Termination of Policy provision. In any event, premiums are payable for any period of grace during which the policy continues in force.

## CURRENCY

All amounts payable under this policy must be paid in United States currency.

## PLACE OF PAYMENT

All amounts payable by us will be payable at our office in Atlanta, Georgia.

## NOT ELIGIBLE FOR DIVIDENDS

This policy is not eligible for dividends and will not take part in the distribution of our surplus.

## WORKERS' COMPENSATION NOT AFFECTED

This policy is not in place of, and does not affect any requirement for coverage by, Workers' Compensation Insurance.

## CLERICAL ERROR

Clerical error in keeping the records will not invalidate insurance otherwise validly in force nor continue insurance otherwise validly terminated. Upon discovery of any such error an adjustment of premiums will be made.

GD600-238

CL 044

## BOOKLET-CERTIFICATE

We will issue booklet-certificates to you that summarize the essential provisions of this policy. You must deliver them to each person who is insured.

The provisions of this policy will govern if there is any discrepancy between the following:

1.    The provisions of the booklet-certificate delivered to a person who is insured.

2.    The provisions of this policy.

If a booklet-certificate is issued to a person who for any reason is not entitled to insurance under this policy, such booklet-certificate will be of no effect.

GD600-239

CL 045

*The Canada Life Assurance Company*          Page 37          Dated January 1st, 1998.

## STANDARD PROVISIONS

### Contract

The whole contract is made up of:

1.    This policy.

2.    Any amendments to this policy.

3.    The applications of the persons who are insured.

You will not be considered to be our agent for any purpose under this policy.

All statements made by any of the persons who are insured will be deemed representations and not warranties. No statement made by any person who is insured will be used in any contest unless:

1.    It is contained in a written instrument signed by the person.

2.    A copy of the written instrument has been given to the person.

Only our President or Secretary may modify this policy or waive any of our rights or requirements.

Any change in this policy must be in writing and be attached to it. The change must bear the signature or a reproduction of the signature of one or both of the above officers. It must also bear the signature of our Registrar or one of our Assistant Registrars.

### Time Limit on Certain Defenses

After a person has been insured under this policy for two years, no misstatement of the person, except a fraudulent misstatement, will be used to reduce or deny a claim.

GD600-241

### Notice of Claim

Written notice of a claim must be given to us within thirty days of the date disability begins. If this is not possible, we must be notified as soon as it is reasonably possible to do so. Notice must be given to us at our Head Office or to an agent of ours. The notice should include the name of the person with respect to whom the claim is made and the group policy number.

### Claims Forms

When we receive a written notice of a claim, we will send the claimant our claim forms to file proof of loss. If the claim forms are not received within fifteen days after written notice of claim is sent, the claimant can send us written proof of claim without waiting for the claim forms.

CL 046

## Proof of Loss

Proof of loss must be given to us no later than ninety days after the end of the elimination period. If it is not possible to give proof within the time required, it must be given as soon as reasonably possible.

Proof of continued disability and regular attendance of a physician must be given to us within thirty days of the date we request the proof. The proof must cover:

1.    The date disability began.

2.    The cause of disability.

3.    The severity of the disability.

## Time of Payment of Claim

When we receive satisfactory proof of claim, benefits payable under this policy will be paid monthly during any period for which we are liable. Any balance which remains unpaid at the end of the period for which we are liable will be paid at that time.

GD600-242

## Payment of Claims

All benefits will be payable to the person who is insured.

## Physical Examination

We will have the right and opportunity, at our own expense, to have a physician of our choice examine anyone in respect of whom a claim is being made. We will have the right to do this when and as often as we may reasonably require. The benefits with respect to which the claim was made will not be paid during any period in which the person fails to submit to any medical examination requested by us.

## Legal Actions

No action at law or in equity may be brought to recover under this policy until sixty days after the time within which written proof of loss is required to be given.

## Conformity with State Statutes

Any provision of this policy which, on its effective date, is in conflict with the statutes of the State in which this policy was delivered or issued for delivery is hereby amended to conform to the minimum requirements of such statute.

GD600-243

CL 047

## AMENDMENTS TO THE POLICY

This policy may be amended at any time by written agreement between you and us without the consent of or notice to any other individual. Any amendment to this policy must be in writing and be attached to it. The amendment must bear the signature or a reproduction of the signature of one or both of our President or Secretary. It must also bear the signature of our Registrar or one of our Assistant Registrars.

If a person who is insured is not actively at work on the effective date of the amendment, the effective date with respect to that person will be on the date that he is again actively at work. However, if the amendment reduced the amount of insurance to which the person is entitled, the effective date will be the effective date of the amendment.

It is understood that, if this policy is amended during a person's continuous period of disability, ~~the amendment will have no effect on the amount of his insurance during that same continuous period of~~ disability.

GD600-244

CL 048

## TERMINATION OF POLICY

If you give us written notice that this policy is to be terminated, it will terminate on the later of:

1.    The date that is stated in the notice.

2.    The date on which we receive the notice at our Head Office.

We may terminate this policy as of the date on which any premium is due if, at any time, the number of persons who are insured is less than 20 or is less than 75% of the number of persons who are then members of the class or classes of persons who may become insured under this policy as of the date on which any premium is due. We may also, for any other reason, terminate this policy as of the date on which any premium is due. We must give you at least 31 days written notice prior to the date on which this policy is to terminate.

This policy will terminate, in any event, at the end of the period of grace allowed for the payment of any premium or adjustment premium if such premium is still unpaid at that time.

You will be required to give each person at least 15 days written notice prior to the date on which this policy is to terminate. Failure to give written notice within such 15 day period will not continue insurance in force with respect to a person beyond the time this policy would otherwise have terminated.

GD600-245

CL 049