**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **PATRICIA CORCORAN,** | ) |
| **Plaintiff,** | ) |
| | ) No. |
| v. | ) |
| | ) |
| **CANADA LIFE ASSURANCE COMPANY, LONG-TERM DISABILITY PLAN; JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, in its capacity as Administrator of the Plan,** | ) |
| **Defendants.** | ) |

**07 C 7027**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

## NOTICE OF FILING NOTICE OF REMOVAL

To:   Mr. Roger S. Hutchison          Clerk of the Circuit Court of Cook County, Illinois
      Dobbs & Hutchison               Richard J. Daley Center
      47 W. Polk St., Suite M-2       50 W. Washington St.
      Chicago, Illinois  60605        Chicago, Illinois  60602

PLEASE TAKE NOTICE that on this 14th day of December, 2007, defendants, CANADA LIFE ASSURANCE COMPANY and JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, defendants in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois Eastern Division.

You are also advised that defendants, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, also filed a copy thereof with the Clerk of the Circuit Court of Cook County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

| | |
|---|---|
| Michael J. Smith<br>Warren von Schleicher<br>Smith, von Schleicher & Associates<br>39 S. LaSalle St., Suite 1005<br>Chicago, Illinois  60603<br>(312) 541-0300 | By: /s/ Michael J. Smith<br>      Attorney for Defendants, Canada Life<br>      Assurance Company and Jefferson Pilot<br>      Financial Insurance Company |