# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Patricia Corcoran
v.
Canada Life Assurance Company, Long-Term Disability Plan and Jefferson Pilot Financial Insurance Company

Case Number: 07 C 7027

07 C 7027

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patricia Corcoran

FILED
DEC 21 2007
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Roger S. Hutchison | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Dobbs and Hutchison | |
| STREET ADDRESS 47 W Polk St., Ste. M-2 | |
| CITY/STATE/ZIP Chicago IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06211204 | TELEPHONE NUMBER 312/461-9200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |